**Order filed September 17, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-01020-CV
_____

**KATHY GRIFFIN AND K. GRIFF INVESTIGATIONS, INC. D/B/A GRIFF INVESTIGATIONS & CIVIL PROCESSING, Appellants**

**V.**

**BRANDI TAYLOR; KYLE FINANCIAL GROUP, LLC; JOHN CRONIN; MARK RIORDAN; WILLIAM K. TAYLOR; AND CRONIN, RIORDAN & WHITMAN SECURITY CONSULTANTS, LLC, Appellees**

**and**

**KYLE FINANCIAL GROUP, LLC; BRANDI TAYLOR; AND WILLIAM K. "BILL" TAYLOR, Appellants**

**V.**

**KATHY GRIFFIN AND K. GRIFF INVESTIGATIONS, INC. D/B/A K. GRIFF INVESTIGATIONS & CIVIL PROCESSING, Appellees**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2016-09407**

---

**ORDER**

On September 4, 2020, the parties filed an agreed motion for a briefing schedule. The motion is granted. We order the following:

- **October 12, 2020**: Appellants' Brief (Griffin and K Griff Investigations) is due, **no further extensions will be granted absent exceptional circumstances**;

- **November 9, 2020**: Appellants' Brief (Kyle Financial Group, Brandi Taylor, and William Taylor), including appellate points and response to points in Appellants' Brief (Griffin and K Griff Investigations), is due;

- **December 7, 2020**: Appellants' Reply Brief (Griffin and K Griff Investigations), including response to points in Appellants Brief (Kyle Financial Group, Brandi Taylor, and William Taylor), is due;

- **December 28, 2020:** Appellant's Reply Brief (Kyle Financial Group, Brandi Taylor, and William Taylor), is due.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.